IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IGOR LESKOVSKIY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-334 (RDA/WEF) |
| | ) | |
| JEFF CRAWFORD, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

ORDER

On February 13, 2026, Petitioner Igor Leskovskiy ("Petitioner") filed an Amended Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he is being unlawfully detained at the Farmville Detention Center.  Petitioner asserts that he was taken into ICE custody at a scheduled asylum interview appointment without lawful basis for detention. Dkt. 1 ¶ 1.  Petitioner further argues that he is detained pursuant to 8 U.S.C. § 1226(a) and is therefore entitled to a bond hearing.  Dkt. 6.  Petitioner presumes that Respondents' argument for detaining him without a bond hearing is that he is being detained under 8 U.S.C § 1225(b)(2)(A) which requires mandatory detention.  *Id*.  In their response, Respondents state their agreement that Petitioner is being held pursuant to § 1226(a) and clarify that Petitioner has not been given a bond hearing simply because Petitioner has not requested one.  Dkt. 8.

Consequently, in agreement with the parties, this Court also finds that Petitioner's detention is governed by 8 U.S.C. § 1226(a)'s discretionary framework and that Petitioner is entitled to a bond hearing in front of an Immigration Judge.  Accordingly, it is hereby ORDERED that Petitioner be provided with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within SEVEN days of entry of this order; and it is

The Clerk is directed to send copies of this Order to all counsel of record and to place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
February 27, 2026

_____ /s/
Rossie D. Alston, Jr.
United States District Judge